

Jason Lampert
104 W. 40th Street – 14th Floor
New York, NY 10018
Direct: 212.417.0437
Main: 212.375.6746
Fax: 646.365.3119
jlampert@selwlaw.com

December 18, 2023

*Via Electronic Filing*

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

> REQUEST DENIED.
> The motion for bail pending sentencing is denied. The presumptions changed upon defendant's entry of a guilty plea. 18 U.S.C. 3143(a). The defendant faces significant time in prison and, as defendant admits, also faces serious immigration consequences, including potential deportation. He has not established that he is not a risk of flight.
>
> 12/20/2023   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

    Re: **United States v. Ariot Maloku**
        <u>Docket No.: 1:23-cr-00560 (LJL)</u>

Your Honor:

    The defense respectfully submits this letter on behalf of defendant Ariot Maloku to request that the Court temporarily modify his bail conditions in order to permit Mr. Maloku to travel to Syracuse, New York, between December 23rd and December 26th of 2023, so that he may spend the Christmas holiday with his family members. The Government's position is that as long as Mr. Maloku stays in New York, it will defer to Pretrial Services. Pretrial Services, however, <u>objects</u> to this request because, as a matter of general course, it will not consent to overnight travel for individuals on location monitoring.

    By way of background, Mr. Maloku, who is scheduled to be sentenced on February 1, 2024, was released on October 27, 2023, on a $2,500,000 personal recognizance bond, executed by five sureties, and secured by two properties comprising approximately $1,416,385.00 in equity. Additionally, as a condition of his release, Mr. Maloku is subjected to home confinement with electronic monitoring.

    Accordingly, the defense respectfully requests that the Court temporarily modify Mr. Maloku's bail conditions to allow him to spend Christmas with his family members prior to sentencing. The relief requested is appropriate because Mr. Maloku does not pose a risk of flight and is currently released on a significant personal recognize bond partially secured by his family's property. It is important to note that Mr. Maloku voluntarily surrendered to authorities when he became aware of the charges against him, did not flee, and has been fully compliant with his pretrial conditions since his subsequent release. Moreover, with respect to the instant request, Mr. Maloku will be traveling to and from Syracuse, New York, in the same vehicle as his mother, father, brother and girlfriend. When Mr. Maloku arrives to Syracuse, he will be staying with his immediate family at his uncle's home, and intends to spend Christmas with over 25 family members. As a result of Mr. Maloku's conviction, he will likely face serious immigration consequences following his detention. Thus, this Christmas holiday will likely

2

afford Mr. Maloku his last opportunity to see his extended family members prior to sentencing and potential deportation proceedings.

  Based on the above, we respectfully request that this Court modify the conditions of Mr. Maloku's bail, and permit him to travel to Syracuse, New York between the 23rd and 26th of December, 2023.

  Your consideration is greatly appreciated.

            Respectfully submitted,

            *Jason Lampert*
            Jason Lampert

cc: AUSA Michael Maimin