

Jason Lampert
104 W. 40th Street – 14th Floor
New York, NY 10018
Direct: 212.417.0437
Main: 212.375.6746
Fax: 646.365.3119
jlampert@selwlaw.com

January 11, 2024

*Via Electronic Filing*

> REQUEST GRANTED IN PART.
> The Sentencing hearing for Defendant Ariot Maloku previously set for February 1, 2024 is RESCHEDULED to February 26, 2024 at 11:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 1/16/2024  SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

**Re: United States v. Ariot Maloku**
**Docket No.: 1:23-cr-00560 (LJL)**

Your Honor:

We represent defendant Ariot Maloku (hereinafter "Mr. Maloku") in the above-referenced matter. We write pursuant to Rule 2(C) of Your Honor's Individual Rules of Practice to respectfully request that Mr. Maloku's sentencing date, presently scheduled for February 1, 2024, be adjourned to a date that is convenient for the Court between March 25th-29th or April 1st-12th.

This request for a brief adjournment is made because defense counsel received Mr. Maloku's first disclosure of the Presentence Investigation Report ("PSR") on January 9, 2024, almost two weeks after the December 27, 2023 deadline imposed by the Court. Further, any delay in providing the first disclosure of the PSR cannot be attributed to Mr. Maloku, as he timely conducted his presentence interview on November 27, 2023.

It is important to note that defense counsel received the PSR while traveling to Iowa City, Iowa to conduct depositions for a separate legal matter, and defense counsel is expected to remain in Iowa until January 15th. Due to the delay in providing the PSR and defense counsel's travel schedule to Iowa from January 6th -15th, defense counsel will need additional time to prepare Mr. Maloku's sentencing submission, which presently is due on January 18th. The Government has consented to defense counsel's request for an adjournment to the dates provided above, as the Government starts a trial in late-February. This is the defense counsel's first request for an adjournment.

Lastly, while the Court initially scheduled all co-defendants to be scheduled on February 1, 2024, defense counsel and the Government consent to Mr. Maloku being sentenced separately from his co-defendants.

Your consideration is greatly appreciated.

2

          Respectfully submitted,

          *Jason Lampert*

          Jason Lampert

cc:   AUSA Michael Maimin